AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

Tina Harden, individually and on behalf of all others similarly situated, and Chamille Bagby, individually and on behalf of all others similarly situated,
*Plaintiff*
v.
The Results Companies, LLC,
*Defendant*

)
)
)
)
)
)

Civil Action No. 19-1353

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☒ other: Plaintiffs recover from Defendant the total amount of $310,000. The Court approves the Settlement Payments to be made to each Settlement Class Member who did not request exclusion from the Settlement. The Court approves the payment of attorneys' fees, costs, and expenses to Class Counsel (the "Attorneys' Fee and Costs Award") in the amount of $175,000.00 for attorneys' fees and costs. The Attorneys' Fees and Costs Award shall be distributed to Class Counsel in accordance with the terms of the Settlement Agreement. The Court approves the Incentive Awards in the amount of $2,500.00 for each Named Plaintiff, to be distributed in accordance with Settlement Agreement. The Court approves the payment of settlement administration fees of up to $10,000.00 to the third-party Settlement Claims Administrator, Analytics Consulting, LLC. That, except as otherwise provided in the Settlement Agreement or herein, the settling Parties are to bear their own attorneys' fees and costs. The Court dismisses this action with prejuice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge James E. Shadid on a motion for Final Approval of the Parties Collective and Class Action Settlement and Motion for an Award of Attorneys Fees, and Costs, Incentive Awards and Settlement Administration Expenses

Date: 10/21/2021

CLERK OF COURT

*/s/ signature/*

*Signature of Clerk or Deputy Clerk*